UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, *et al.*,<br><br>PLAINTIFFS<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:16-cv-2432 (RDM) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby notice the voluntary dismissal of their Complaint without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

Respectfully Submitted,

/s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*